## CERTIFICATE OF SERVICE

I, <u>Jonathan S. Feldman</u> (name), certify that service of this summons, a copy of the complaint, a copy of the Pretrial/Trial Order (DE 3), and a copy of the Order Establishing Uniform Mediation Procedures (DE 861, Main Case) was made <u>8/29/19 </u>(date) by:

**XX**  ☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| Symon Sanak<br>264 Nutall Road<br>Riverside, IL  60546-1859 | Robert Gorgijoski<br>953 High Meadow Drive, Apt.B<br>Crown Point, IN  46307-5296 | RTST Express Inc.<br>c/o Symon Sanak, Registered Agent<br>2122 Shermann Road<br>Hammond, IN  46320 |
|---|---|---|

☐    Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service: By leaving the process with the following adult at:

☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐    Publication: The defendant was served as follows: [Describe briefly]

☐    State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: <u> 8/29/19                       </u>        Signature: <u> /s/ Jonathan S. Feldman                       </u>

| Print Name: Jonathan S. Feldman, Esq., for Plaintiff (12682) |
|---|
| Address: 200 S. Andrews Ave., Suite 600 |
| City: Ft. Lauderdale        State: FL         Zip: 33301 |